UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA VASQUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CENTRAL BASIN MUNICIPAL WATER DISTRICT et al.,<br><br>        Defendants. | Case No. 2:25-cv-02621-SB-MAR<br><br>ORDER TO SHOW CAUSE AND ADVANCING BRIEFING ON MOTION TO DISMISS |

    The Court's standing order requires the parties to meet and confer—in person or by videoconference—to thoroughly discuss the substance of any contemplated motion, expressly noting that email correspondence is insufficient. Dkt. No. 7 at 8–9. Defendant Central Basin Municipal Water District has filed a motion to dismiss, which states that Plaintiff failed to meet and confer in person or by videoconference to discuss the issues raised in the motion. In a signed declaration, defense counsel explains that Plaintiff's counsel refused to schedule a meet-and-confer call. Dkt. No. 12 at 4–5. Defense counsel made multiple attempts to comply with the Court's order and the local rules, emailing Plaintiff's counsel and leaving a voicemail for him. Dkt. No. 12-17 (email chain between counsel). Even though defense counsel specifically noted the meet-and-confer requirements under the Court's standing order, Plaintiff's counsel refused to engage in the requisite process, responding only in writing. *Id.* Plaintiff's counsel's conduct violated the Court's order.

    Accordingly, Plaintiff is ordered to show cause on May 30, 2025, at 8:30 a.m., in Courtroom 6C, why monetary or other sanctions should not be imposed on Plaintiff and her counsel for violating the Court's order. Plaintiff's counsel shall file a declaration in response to this show-cause order by May 2, 2025. Failure to timely respond or appear at the hearing will result in sanctions. In addition, the

2

briefing on the motion to dismiss is advanced as follows: Plaintiff shall file her opposition by May 2, 2025;[1] and Defendant shall file any reply by May 9, 2025.

Date: April 24, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

---

[1] The failure to file a timely opposition will be deemed consent to grant the motion with prejudice.